**Order entered October 21, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00595-CV

## MYNESHA HICKS, Appellant

## V.

## AUDREY ANDERSON, Appellee

### On Appeal from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. CC-21-01982-A

### ORDER

On September 21, 2021, after being informed by the court reporter that appellant had not requested the reporter's record, we directed appellant to file written verification she had requested the record. Although we cautioned appellant that failure to comply within ten days could result in the appeal being submitted without the reporter's record, *see* TEX. R. APP. P. 37.3(c), appellant has yet to comply. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we further **ORDER** appellant to file her brief on the merits no later than November 22, 2021.

/s/    CRAIG SMITH
       JUSTICE